

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant

v.

James Burke **JARREAU** (Cross Appellant),
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    The State filed a notice of appeal challenging the trial court's order granting appellee's motion to quash the indictment. Thereafter, appellee filed his own notice of appeal – making him a cross-appellant – challenging the fact that the trial court granted his motion only on certain grounds and not on others. The State has now filed a motion to strike cross-appellant's brief and the cross-points therein, arguing this court lacks jurisdiction to consider those points. Pursuant to this court's order, cross-appellant filed a response, providing argument and authority that suggests this court does have jurisdiction. After reviewing the motion and the response, we **ORDER** the motion and the response to be carried with the appeal.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court